IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 5:23-CR-62-CAR-CHW-1 |
| JOHNIFER BARNWELL, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER ON DEFENDANT'S MOTION TO CONTINUE

Currently before the Court is Defendant Johnifer Barnwell's Unopposed Motion to Continue [Doc. 58] the pretrial conference scheduled for January 10, 2024, and the trial, which is set to begin January 29, 2024, in Macon, Georgia. On November 14, 2023, the Grand Jury returned an indictment charging Defendant with Escape from Custody. On November 12, 2023, Defendant was arrested. On December 4, 2023, Defendant was appointed counsel, pled not guilty at his arraignment, and consented to detention.

In the Motion, Defense Counsel requests a continuance to provide time to receive and review discovery from the Government. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to review discovery and could result in a miscarriage of justice. Thus, the Court **GRANTS** Defendant's Unopposed Motion to Continue [Doc. 58], and **HEREBY ORDERS** that this

1

case be continued until the April 8, 2024, term of Court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 2nd day of January, 2024.

s/ C. Ashley Royal\
C. ASHLEY ROYAL, SENIOR JUDGE\
UNITED STATES DISTRICT COURT
