IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 5:23-CR-62-CAR-CHW-1 |
| JOHNIFER BARNWELL, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER ON DEFENDANT'S MOTION TO CONTINUE

Currently before the Court is Defendant Johnifer Barnwell's Joint Motion to Continue [Doc. 61] the pretrial conference scheduled for March 12, 2024, and the trial, which is set to begin April 8, 2024, in Macon, Georgia. On November 14, 2023, the Grand Jury returned an indictment charging Defendant with Escape from Custody. On November 12, 2023, Defendant was arrested. On December 4, 2023, Defendant was appointed counsel, pled not guilty at his arraignment, and consented to detention. This case has previously been continued once.

In the Motion, Defense Counsel requests a continuance to provide additional time to engage in plea negotiations. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address these matters and

1

could result in a miscarriage of justice. Thus, the Court **GRANTS** Defendant's Joint Motion to Continue [Doc. 62], and **HEREBY ORDERS** that this case be continued until the June 3, 2024, term of Court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 7th day of March, 2024.

s/ C. Ashley Royal

C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT